UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY BERDARE CLAYBURN,<br><br>            Plaintiff,<br><br>vs.<br><br>A.K. SCRIBNER, et al.,<br><br>            Defendants.<br>_____/ | 1:03-cv-06421-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13)<br><br>**ORDER DISMISSING ACTION**<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT** |

Plaintiff, Ricky Berdare Clayburn ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 9, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  July 12, 20005, the Magistrate Judge gave plaintiff an additional thirty (30) days in which to file objections.  To date, plaintiff has not filed objections to the Magistrate

1

1  Judge's Findings and Recommendations.

2      In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendations to
6  be supported by the record and by proper analysis.

7      Accordingly, IT IS HEREBY ORDERED that:

8      1.   The Findings and Recommendations, filed May 9, 2005,
9  are ADOPTED IN FULL; and,

10     2.   This action is DISMISSED in its entirety without
11 prejudice.

12     3.   The Clerk of Court is DIRECTED to enter Judgment.

13 IT IS SO ORDERED.

14 **Dated:   August 22, 2005**                    /s/ Anthony W. Ishii
   0m8i78                                  UNITED STATES DISTRICT JUDGE