IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY BERDARE CLAYBURN, | 1:03-CV-06421-AWI-LJO-P |
| Plaintiff, | |
| vs. | |
| A. K. SCRIBNER, et al., | ORDER DISREGARDING MOTION (DOCUMENT #21) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2005, plaintiff filed a motion for appointment of counsel. In light of the fact that plaintiff's case was dismissed by this court on August 23, 3005, and plaintiff filed an appeal to the Court of Appeals for the Ninth Circuit on September 21, 2005, this motion is more properly brought before the Court of Appeals. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel is DISREGARDED by this court.

IT IS SO ORDERED.

**Dated:   October 27, 2005**             /s/ Lawrence J. O'Neill
b6edp0                                                    UNITED STATES MAGISTRATE JUDGE