# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY CLAYBURN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCRIBNER, et. al.,<br>　　　　　　Defendants.<br>_____/ | CV F   03 6421 AWI LJO P<br><br><br>ORDER DENYING REQUEST FOR COPIES<br>AT GOVERNMENT EXPENSE (Doc. 25.) |

　　Ricky Clayburn ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　Judgment in this case was entered on August 23, 2005. Plaintiff filed a Notice of Appeal on September 21, 2005, and the appeal is currently pending. On October 20, 2005, Plaintiff filed a pleading titled "Motion for Transcripts at Government Expense" in which he requests a copy of all transcripts pertaining to the instant action in addition to all exhibits filed by Plaintiff.

　　Generally, to avoid incurring the cost of postage, a litigant is advised to keep his own copy of all documents he submits to the court for filing. Pursuant to policies established by the Clerk of Court, copies obtained from a court file can be obtained at the cost of fifty-cents per page. The Court cannot provide copy or mailing service for a party, even for an indigent plaintiff proceeding in forma pauperis. Accordingly, Plaintiff's request for copies is DENIED.

IT IS SO ORDERED.

**Dated:　November 8, 2005**　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE