# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY CLAYBURN, | CV F   03 6421 AWI LJO P |
|         Plaintiff, | |
|   v. | ORDER DENYING REQUEST FOR REPORTER TRANSCRIPTS (Doc. 29.) |
| SCRIBNER, et. al., | |
|         Defendants. | |

    Ricky Clayburn ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Judgment was entered on August 23, 2005, thereby terminating the case. Plaintiff filed a Notice of Appeal on September 21, 2005, and it appears that the appeal is currently pending.

    On November 23, 2005, Plaintiff filed a "Motion Request For The Reporter Transcripts of Hearing At Government Expense." In this pleading, Plaintiff requests all documentation from everything that was "said on this hearing, Case CV 03-6421 AWI/LJO from every Reporter and Person, on the Entity Case that all who was involved." However, there was no hearing in which a transcript was created to provide Plaintiff. Moreover, this is the second such request made by Plaintiff. Plaintiff previously moved for copies of all transcripts on October 20, 2005. The Court denied his request on November 8, 2005, and informed Plaintiff that if he wished to have

1

1  copies of documents filed in the case, he could obtain them by providing the requisite fee but that
2  the Court could not provide them to him without charge.
3       Plaintiff's second request is vague in that he asks for transcripts of a hearing that did not
4  take place. Thus, the Court again informs Plaintiff that to the extent he is seeking copies of
5  documents filed in the action, he can obtain them at a cost of fifty-cents per page. Plaintiff need
6  only write to the Clerk of Court and provide them with the necessary fees.
7       Accordingly, Plaintiff's Motion for Transcripts is DENIED.

9  IT IS SO ORDERED.
10 **Dated:   November 30, 2005**              **/s/ Lawrence J. O'Neill**
   b9ed48                                      UNITED STATES MAGISTRATE JUDGE